ELMER AIKENS, Appellant, v. CHARLES E. GRAY, Respondent.— Judgment unanimously affirmed, with costs.

AMOS W. BALL, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment modified by striking therefrom the words " switching and breaking up incoming trains, and," and as so modified affirmed, with costs to the plaintiff. All concurred, except H. T. Kellogg, J., who voted for reversal. This court finds as a fact that by reason of the acts, restrained by the judgment as hereby modified, the damage to the rental value of the premises of the plaintiff, since six years prior to the commencement of this action, has been $1,000.

FIRST NATIONAL BANK OF SEABRIGHT, Respondent, v. DANIEL SELIGMAN, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs.

MARY HALLIGAN, as Administratrix, etc., Respondent, v. ERNEST HAROLD CLUETT, Appellant.— Judgm ent and order unanimously affirmed, with costs.

LOIMA B. LAMSON, Appellant, v. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs.

ELSIE E. LYMAN, Respondent, v. THE VILLAGE OF POTSDAM, Appellant.— Judgment and order affirmed, with costs. All concurred, except John M. Kellogg, P. J., dissenting; H. T. Kellogg, J., not sitting.

ALICE MACCAULEY, as Administratrix, etc., Respondent, v. AMERICAN LOCOMOTIVE COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY E. WOOLLEY, Respondent, Arising Out of the Death of IRVING WOOLLEY, for Compensation under the Workmen's Compensation Law, v. GENEVA CUTLERY COMPANY, Employer, and the AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ANNIE ROGERS, Widow of FRANK ROGERS, Deceased, on Behalf of Herself and Her Minor Children, v. BORDEN'S CONDENSED MILK COMPANY, Employer and Self-Insurer.— Motion denied.